COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTIONS**

| | |
|---|---|
| Cause number: | 01-15-00902-CR & 01-15-00903-CR |
| Style: | Roel David Gonzalez v. The State of Texas |
| Date motions filed*: | June 20, 2016 |
| Type of motions: | Second and Final Motion for Extension of Time to File Briefs |
| Party filing motions: | Appellant's Counsel |
| Document to be filed: | Appellant's Briefs |

Is appeal accelerated?       No.

If motion to extend time:

|  |  |
|---|---|
| Original due date: | April 1, 2016 |
| Number of extensions granted: | 1          Current Due Date:  June 20, 2016 |
| Date Requested: | July 18, 2016 (101 days from original deadline) |

Ordered that motion is:

☑ Granted

      If documents are to be filed, documents due:  July 18, 2016.

      ☑     No further extensions of time will be granted.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

On April 8, 2016, the Clerk of this Court granted appellant's first extension request which sought 80 days from April 1, 2016 until June 20, 2016, to file his briefs, with no further extensions to be granted.  Because appellant's second extension motion provides extraordinary circumstances explaining the need for a final extension, this extension is **granted**, but counsel is warned that **no further extensions will be granted**.  *See* TEX. R. APP. P. 10.5(b)(1)(C), 38.6(d).  Accordingly, if appellant's briefs are not filed by **July 18, 2016**, the Court will abate this appeal for a late-brief hearing. *See* TEX. R. APP. P. 38.8(b)(2).

Judge's signature: _/s/ Laura Carter Higley

               ☒ Acting individually       ☐ Acting for the Court

Date:  June 23, 2016